# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| | | |
|---|---|---|
| Shawn Tywon | **Repayment Agreement and Order** | No: 7:18-CR-00019-002 |

---

On October 25, 2019, Shawn Tywon was sentenced to 24 months imprisonment followed by a 24 month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Tywon. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on October 25, 2019, I have been ordered to pay a total restitution of $2,256,861.32 and a special assessment of $100.00.

2. On August 20, 2021, I began my service of 24 months of supervised release. The mandatory assessment was satisfied on January 21, 2020. The current balance of my restitution is $2,254,207.23.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of October, 2021, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $50.00 per month during the term of supervision.

_____   7/13/2022
Shawn Tywon                       Date

_____   7/13/2022
William J. Lee, U.S. Probation Officer   Date

_____   7/13/2022
Assistant U.S. Attorney           Date

---

**THE COURT ORDERS:**

☒ Approval   ☐ Disapproval

s/Hugh Lawson
_____
Hugh Lawson
Senior U.S. District Judge

7/13/2022
_____
Date